UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOLUPENE M. TAVAI,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　Defendant. | CIVIL NO. 3:13-cv-04339-MMC<br><br>[PROPOSED] **ORDER GRANTING EXTENSION OF TIME** |

Defendant moves for an extension of time to file a response to Plaintiff's motion for summary judgment. Plaintiff does not object. For good cause shown, the motion is GRANTED.

Defendant's response to Plaintiff's motion for summary judgment is due February 28, 2014.

**IT IS SO ORDERED.**

DATED: February 18, 2014

_____
HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE